UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ROBERT ANTHONY WHITEAKER,**

**Plaintiff,**

**v.** **Case No. 26-C-1514**

**STEPHANIE OLMSTED,**

**Defendant.**

---

## ORDER GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FILING FEE

---

Plaintiff Robert Anthony Whiteaker filed a complaint against Defendant Stephanie Olmsted in both her individual and official capacities, asserting violations of the First Amendment and Title II of the Americans with Disabilities Act (ADA). Plaintiff also filed a motion for leave to proceed without prepayment of the filing fee. The court has reviewed the affidavit submitted in support of the motion as well as Plaintiff's supplemental declaration in Case No. 26-C-1492 and concludes that Plaintiff lacks sufficient income and/or assets to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Dkt. No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Complaint and this Order upon Defendant pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. § 0.114(a)(2), (a)(3). Although Congress requires the court to order service by the U.S. Marshals Service precisely because *in*

*forma pauperis* plaintiffs are indigent, it has not made any provisions for these fees to be waived either by the court or by the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that Defendant shall file a responsive pleading to the Complaint within the time allowed under the Federal Rules of Civil Procedure.

Finally, Plaintiff must notify the clerk of court's office of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties. It could also result in dismissal of the lawsuit.

Dated at Green Bay, Wisconsin this 10th day of September, 2026.

William C. Griesbach
United States District Judge